IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ED TADROS, and HAZEL CREST FOOD & LIQUORS INC., an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>VILLAGE OF HAZEL CREST, an Illinois municipal corporation, ROBERT DONALDSON, RODERICK S. BASHIR, JANE BROWN, LEE FANTROY and DEBORAH MCGHEE,<br><br>Defendants. | Case No. 07 C 4132 |

## STIPULATION TO DISMISS

Pursuant 1.0 Rule 41(a)(2), the parties hereto stipulate to the dismissal of this matter with prejudice, each party to bear its own attorney's fees and costs.


ED TADROS AND HAZEL CREST
FOOD & LIQUORS, INC., an Ill. Corp.

By: /s/ Dennis E. Both
Dennis Both
Brown, Udell & Pomerantz, Ltd.
1332 N. Halsted, Suite 100
Chicago, IL 60622
Tel: (312) 475-9900

VILLAGE OF HAZEL CREST, an Ill.
Municipal Corp.

By: /s/ Paul A. Rettberg
Paul A. Rettberg
Querrey & Harrow, Ltd.
175 W. Jackson Blvd., Suite 1600
Chicago, IL 60604
Tel: (312) 540-7000